# EXHIBIT C



United States Department of State
Diplomatic Security Service
New York Field Office
2 Executive Drive, 3rd floor
Fort Lee, NJ 07024

January 4th, 2017

Dear Ms. Alashwal,

This is in follow up to our conversation at the U.S. Passport Agency at 376 Hudson St, New York, NY 10014 on December 19th, 2016.

During our conversation, you were informed that your passport renewal application is being delayed due to an ongoing investigation involving suspected fraudulent activity involving passport and naturalization activity, where you were claimed in various applications to be multiple individual's mother. In furtherance of this investigation and to help determine which of your claimed children are actually yours, you and your daughter (Ms. Arwa Taher Alashwal) voluntarily agreed to submit a DNA sample which we will use for comparison purposes. You were also informed that we were also going to attempt to locate your other children (and those claiming to be your children) to interview and collect DNA samples from them as well.

To help expedite the process, we were hoping you might be able to provide addresses and contact information of your other children, so we can speak with them and move this process along as quickly as possible.

If you wouldn't mind emailing or returning a letter with their name, address, phone numbers, email, and/or any other contact material that we can reach out to them, it would be very much appreciated.

If you elect to email, please send the information to SchonMJ@state.gov
If a letter is easier, please send to:

DSS New York Field Office
Attn: SA Michael Schon
2 Executive Drive, 3rd Floor
Fort Lee, NJ 07024

Thank you in advance to your timely reply,

Respectfully,

Michael Schon
-Special Agent-
U.S. Department of State
DSS New York Field Office
SchonMJ@State.gov