UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HUDA K. ALASHWAL,

    Plaintiff,

v.

MICHAEL R. POMPEO, U.S. Secretary of State, in his official capacity;
U.S. DEPARTMENT OF STATE;
U.S. DEPARTMENT OF STATE, BUREAU OF CONSULAR AFFAIRS;
U.S. DEPARTMENT OF STATE, BUREAU OF DIPLOMATIC SECURITY;
U.S. DEPARTMENT OF STATE, NEW YORK PASSPORT AGENCY;
WILLIAM E. TODD, Acting Under Secretary of State for Management;
CARL RISCH, Assistant Secretary of State for Consular Affairs, in his official capacity;
MICHAEL T. EVANOFF, Assistant Secretary of State for Diplomatic Security, in his official and individual capacities;
CHRISTIAN J. SCHURMAN, Director of the Diplomatic Security Service, in his official and individual capacities;
MICHAEL SCHON, Special Agent, Diplomatic Security Services, in his official and individual capacities,

    Defendants.

Civil No. 18-13361

Honorable Avern Cohn
Mag. Judge Elizabeth A. Stafford

1

## STIPULATED ORDER EXTENDING TIME FOR ANSWER

By stipulation of the parties, through their counsel, in order to pursue resolution of this matter, Defendants shall have until February 8, 2019, to file a response to the complaint.

IT IS SO ORDERED.

                                                                        _____
s/Avern Cohn
United States District Judge

Dated: 12/26/2018

So stipulated and agreed:

                                                           MATTHEW SCHNEIDER
United States Attorney

By: /s/ Robert Birach (w/consent)        By: /s/ Jonathan Goulding

Robert Birach (P 29051)                Jonathan Goulding (MA 664444)
Birach Law P.C.                          Assistant United States Attorney
26211 Central Park Blvd., Ste. 209     211 W. Fort Street, Suite 2001
Southfield, Michigan 48076             Detroit, Michigan 48226
(313) 964-1234                            (313) 226-9742
bob@cgblegal.com                     Jonathan.goulding@usdoj.gov
*Attorney for Plaintiff*                     *Attorney for Defendants*