UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HUDA K. ALASHWAL,

    Plaintiff,

v.

MICHAEL R. POMPEO, U.S. Secretary of State, in his official capacity, et al.,

    Defendants.

Civil No. 18-13361

Honorable Avern Cohn
Mag. Judge Elizabeth A. Stafford

## STIPULATED ORDER OF VOLUNTARY DISMISSAL

By stipulation of the parties, pursuant to Fed. R. Civ. P. 41(a), this action is voluntarily dismissed without prejudice. Each party shall bear their own fees and costs.

IT IS SO ORDERED.

                                            s/Avern Cohn
                                            Avern Cohn
                                            United States District Judge

Dated: 1/25/2019

2

So stipulated and agreed:

| By: /s/ Robert M. Birach | By: /s/ Jennifer L. Newby |
|---|---|
| Robert M. Birach<br>C.J. Cannon<br>Birach Law P.C.<br>Attorneys for Plaintiff<br>26211 Central Park Blvd., Suite 209<br>Southfield, Michigan 48076<br>(313) 964-1234<br>Bob@cgblegal.com<br>CJ@cgblegal.com | Jennifer L. Newby (P68891)<br>Assistant United States Attorney<br>Attorneys for Defendants<br>211 W. Fort Street, Suite 2001<br>Detroit, Michigan 48226<br>(313) 226-0295<br>Jennifer.Newby@usdoj.gov |